Joseph M. Bucko, Appellant, *v.* Thomas E. Murray, Jr., as Receiver of Interborough Rapid Transit Company, et al., Respondents.

Argued April 25, 1940; decided May 21, 1940.

*Walter A. Bruce* for appellant.

*Harry Sacher* for Austin Hogan et al., respondents.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.